IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Niekamp, Michael | Case Number: 08 B 15474 |
|---|---|---|
| | Niekamp, Tina | Judge: Goldgar, A. Benjamin |
| | Printed: 01/29/09 | Filed: 6/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: December 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,279.18 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,194.75 |
| Trustee Fee: |  | 84.43 |
| Other Funds: |  | 0.00 |
| Totals: | 1,279.18 | 1,279.18 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,274.00 | 1,194.75 |
| 2. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 3. | Crown Mortgage Company | Secured | 0.00 | 0.00 |
| 4. | First Midwest Bank | Secured | 0.00 | 0.00 |
| 5. | Crown Mortgage Company | Secured | 3,468.81 | 0.00 |
| 6. | Crown Mortgage Company | Secured | 15,990.74 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 142.24 | 0.00 |
| 8. | Chase Bank | Unsecured | 29.22 | 0.00 |
| 9. | Nicor Gas | Unsecured | 74.59 | 0.00 |
| 10. | Discover Financial Services | Unsecured | 630.30 | 0.00 |
| 11. | First Midwest Bank | Secured |  | No Claim Filed |
| | | | $ 22,609.90 | $ 1,194.75 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 84.43 |
| | $ 84.43 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Niekamp, Michael
        Niekamp, Tina
        Printed: 01/29/09

Case Number: 08 B 15474
Judge: Goldgar, A. Benjamin
Filed: 6/17/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

